FILED: November 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1141
(1:21-cv-01275-LMB-JFA)
_____

EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,

Plaintiff – Appellant,

v.

NATIONAL INSTITUTES OF HEALTH,

Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed November 26, 2024, as follows:

On the cover page, the district court case number is corrected to read, "1:21-cv-01275-LMB-JFA."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk